**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10512 |
| Plaintiff - Appellee, | D.C. No. 4:13-cr-00718-JSW |
| v. | |
| DEMARKUS DANTE BENAVIDES, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Jeffrey S. White, District Judge, Presiding

Submitted September 21, 2015[**]

Before:     REINHARDT, LEAVY, and BERZON, Circuit Judges.

Demarkus Dante Benavides appeals the 87-month sentence imposed

following his guilty-plea conviction for being a felon in possession of a firearm, in

violation of 18 U.S.C. § 922(g). Benavides challenges the district court's

conclusion that his prior burglary offense is a crime of violence under the residual

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

clause of U.S.S.G. § 4B1.2. In light of the government's concession in its August 17, 2015, supplemental brief that *Johnson v. United States*, 135 S. Ct. 2551 (2015), applies to the U.S. Sentencing Guidelines, Benavides' sentence is hereby vacated and the matter is remanded to the district court for resentencing forthwith. The mandate shall issue forthwith.

**VACATED and REMANDED for resentencing.**